# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**KENDRICK MONICE JONES, # 100622**　　　　　　　　　　　**PLAINTIFF**

**VERSUS**　　　　　　　　　　**CIVIL ACTION NO. 3:18cv696-HTW-LRA**

**LAUDERDALE COUNTY DETENTION
FACILITY, LAUDERDALE COUNTY,
MISSISSIPPI, SHERIFF BILLY SOLLIE,
LIEUTENANT RAINEY, JANE DOES,
OFFICER COVINGTON, JANE
ANDERSON, JANE TAYLOR,
LIEUTENANT RINGLEY, MAJOR
MCCARTHY, NURSE DAPHNEY, NURSE
AMY, NURSE MARY JOE, CASEY
SPEARS, DONNA JILL JOHNSON,
OFFICER AIKINS, OFFICER MCNEAL,
and JANE PRINCE**　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER DENYING CHANGE OF VENUE

BEFORE THE COURT is pro se plaintiff Kendrick Monice Jones's Motion to Change Venue [15], filed November 6, 2018. He is a pretrial detainee at the Lauderdale County Detention Facility awaiting trial for two counts of burglary. He moves the court to change the venue of his state criminal trial, "due to the conflict of int[e]rest that I have filed suits on this Jail, the medical personell [sic] and the Judges through the Commission of Mississippi Judicial [sic]." (Mot. to Change Venue at 2). The court has considered plaintiff's submission and the relevant legal authority.

Jones simultaneously filed the same motion in other civil actions in this court: *Jones v. Reed*, cause number 3:18cv697; *Jones v. University of Mississippi Medical Center*, cause number 3:18cv698; *Jones v. Doe*, cause number 3:18cv699; and *Jones v. Nurse Amy*, cause number

3:18cv729. United States District Judge Carlton W. Reeves denied the change of venue request in *Doe* on January 3, 2019. *Jones v. Doe*, 3:18cv699 (S.D. Miss. Jan. 3, 2019).

It is "'malicious' for a pauper to file a lawsuit that duplicates allegations of another pending federal lawsuit by the same plaintiff." *Pittman v. Moore*, 980 F.2d 994, 995 (5th Cir. 1993). The court finds the present motion is duplicative and malicious and should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that pro se plaintiff Kendrick Monice Jones's Motion to Change Venue [15] should be, and is hereby, **DENIED.**

**SO ORDERED AND ADJUDGED**, this the 31st day of January, 2019.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE